KAMALA D. HARRIS
Attorney General of California
RICHARD J. MAGASIN
Supervising Deputy Attorney General
ALLAN S. ONO (STATE BAR NO. 130763)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2604
 Fax:  (213) 897-2802
 E-mail:  allan.ono@doj.ca.gov
*Specially Appearing for the 15th District
Agricultural Association, et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; and 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; LODI GRAPE FESTIVAL AND NATIONAL WINE SHOW, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,<br><br>Defendants. | Case No.  2:11-cv-02019-GEB-DAD<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF THE DISTRICT AGRICULTURAL ASSOCIATION DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 144]**<br><br>Complaint Served:         August 9, 2011<br>Current Response Date:  September 21, 2011<br>Requested Response Date:  October 21, 2011<br>Judge:         Hon. Garland E. Burrell, Jr. |

0

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**THE COURT** has reviewed the Application of the District Agricultural Association Defendants for Extension of Time to Respond to Complaint, and the accompanying Declarations of Daniel P. Jacobs and Allan S. Ono.  After consideration of the facts and legal arguments presented by the parties, the Court determines that good cause exists to provide the 15th, 18th, 21st, 26th, 27th and 30th District Agricultural Associations with additional time to respond to Plaintiff's Complaint for: (1) Specific Performance; (2) Declaratory Relief; and (3) Injunctive Relief (Complaint).

**ORDER**

**THEREFORE, IT IS HEREBY ORDERED** that defendants 15th District Agricultural Association, 18th District Agricultural Association, 21st District Agricultural Association, 26th District Agricultural Association, 27th District Agricultural Association, and 30th District Agricultural Association shall each have until October 21, 2011 to answer or otherwise respond to the Complaint.

Dated: 9/21/11

GARLAND E. BURRELL, JR.
United States District Judge