1 | KAMALA D. HARRIS
Attorney General of California
2 | RICHARD J. MAGASIN
Supervising Deputy Attorney General
3 | ALLAN S. ONO (STATE BAR NO. 130763)
Deputy Attorney General
4 |  300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
5 |  Telephone:  (213) 897-2604
 Fax:  (213) 897-2802
6 |  E-mail:  allan.ono@doj.ca.gov
*Specially Appearing for Defendant 18th District*
7 | *Agricultural Association.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; and 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; LODI GRAPE FESTIVAL AND NATIONAL WINE SHOW, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,**<br><br>**Defendants.** | Case No.  2:11-CV-02019-GEB-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR 18TH DISTRICT AGRICULTURAL ASSOCIATION TO RESPOND TO COMPLAINT**<br><br>**[Local Rules 143 and 144]**<br><br>Complaint Served:      August 9, 2011<br>Current Proposed Response Date:<br>      November 4, 2011<br>New Proposed Response Date:<br>      November 18, 2011<br><br>Hon. Garland E. Burrell, Jr. |

1

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (2:11-cv-02019-GEB-DAD)

1    **WHEREAS**, Plaintiff PNC Equipment Finance, LLC ("PNCEF") served Defendants 15th
2    District Agricultural Association, 18th District Agricultural Association, 21st District Agricultural
3    Association, 26th District Agricultural Association, 27th District Agricultural Association, and
4    30th District Agricultural Association (collectively "DAA Defendants") with the complaint in the
5    captioned matter ("Complaint") on or after August 9, 2011;

6    **WHEREAS,** PNCEF and the DAA Defendants stipulated to an initial extension of time
7    providing the DAA Defendants until September 21, 2011 respond to the Complaint;

8    **WHEREAS,** the Office of the Attorney General for the State of California (Office)
9    determined that a potential conflict of interest arises from the representation of the DAA
10   Defendants in this action;

11   **WHEREAS,** the Office obtained an extension of time providing the DAA Defendants until
12   October 21, 2011 to retain outside counsel and respond to the Complaint;

13   **WHEREAS,** the 15th District Agricultural Association, 21st District Agricultural
14   Association, 26th District Agricultural Association, 27th District Agricultural Association, and
15   30th District Agricultural Association have submitted substitutions of counsel naming Harold
16   Peter Reiland, Jr. of Reiland/law, 6160 Stoneridge Mall Road, Sutie 120, Pleasanton, CA 94588,
17   (925) 400-3300, hal@reilandlaw.com, as their new attorney;

18   **WHEREAS,** the Chief Executive Officer of the 18th District Agricultural Association is
19   directly negotiating with principals for PNCEF regarding a resolution of the claims set forth in the
20   Complaint;

21   **WHEREAS,** PNCEF and the 18th District Agricultural Association wish to avoid
22   unnecessary effort and expense in pursuit of litigation while they work to resolve the dispute
23   between them;

24   **WHEREAS**, PNCEF and the 18th District Agricultural Association wish to continue their
25   discussions regarding an informal resolution of the claims set forth in the Complaint;

26   **WHEREAS,** PNCEF and the 18th District Agricultural Association stipulated to an
27   extension of the October 21, 2011 response date to November 4, 2011; and

28

1  **WHEREAS,** the 18th District Agricultural Association needs additional time to retain new
2  counsel if its discussions with PNCEF do not result in dismissal of the Complaint.
3  **IT IS HEREBY STIPULATED**, by and between Plaintiff PNCEF and Defendant 18th
4  District Agricultural Association that the 18th District Agricultural Association may have up
5  through November 18, 2011, inclusive, to answer or otherwise respond to the Complaint.

Dated:  November 3, 2011              KAMALA D. HARRIS
                                      Attorney General of California


                                      By: _____//**S**//_____
                                          ALLAN S. ONO
                                      Deputy Attorney General
                                      Specially Appearing for Defendant 18th
                                      District Agricultural Association


                                      LEVY, SMALL & LALLAS



                                      By_____//**S**//_____
Dated:  November 3, 2011                  LEO D. PLOTKIN
                                      Attorneys for Plaintiff PNC Equipment
                                      Finance, LLC


**IT IS SO ORDERED.**

**Date: 11/3/2011**

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

3

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (2:11-cv-02019-GEB-DAD)