IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, <br><br>            Plaintiff, <br><br>       v. <br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; and 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; LODI GRAPE FESTIVAL AND NATIONAL WINE SHOW, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation, <br><br>            Defendants. <br>_____<br>EL DORADO COUNTY FAIR ASSOCIATION, INC., a California | 2:11-cv-02019-GEB-CKD <br><br>ORDER DENYING DEFENDANT ELDORADO COUNTY FAIR ASSOCIATION, INC.'S EXPARTE APPLICATION FOR AN ORDER SHORTENING TIME |

```
corporation,                         )
                                     )
          Cross-Complainant,         )
                                     )
     v.                              )
                                     )
CALIFORNIA FAIRS FINANCING           )
AUTHORITY, a California joint        )
powers authority,                    )
                                     )
          Cross-Defendant.           )
_____      )
```

On December 2, 2011, Defendant El Dorado County Fair Association, Inc. filed an "Ex Parte Application for an Order Shortening Time for Hearing on El Dorado County Fair Association Inc.'s Motion for Leave" to file a new counterclaim against Plaintiff and a first amended cross-claim against California Fairs Financing Authority. (ECF No. 67.) Defendant argues its application should be granted so that its motion to amend could be heard with Plaintiff's motion to amend which is presently scheduled for hearing on December 19, 2011. Id. 2:15-16.

"Applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time." E.D. Cal. R. 144(e). Since the circumstances Defendant provides as justification for issuance of an order shortening time are insufficient to warrant granting the application, Defendant's application is DENIED.

Dated:   December 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2