```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


PNC EQUIPMENT FINANCE, LLC, a        )
Delaware limited liability           )   2:11-cv-02019-GEB-CKD
company, as successor to             )
NATIONAL CITY COMMERCIAL CAPITAL     )
CORPORATION,                         )   ORDER
                                     )
               Plaintiff,            )
                                     )
          v.                         )
                                     )
CALIFORNIA FAIRS FINANCING           )
AUTHORITY, a California joint        )
powers authority; 15TH DISTRICT      )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 18th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 21st DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 26th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 27th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 30th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; EL DORADO COUNTY      )
FAIR ASSOCIATION, INC., a            )
California corporation; and          )
MADERA COUNTY LIVESTOCK              )
ASSOCIATION, a California            )
corporation,                         )
                                     )
               Defendant.            )
_____)
                                     )
EL DORADO COUNTY FAIR                )
ASSOCIATION, INC., a California      )
```

1

```
corporation,                      )
                                  )
          Cross-Complainant,      )
                                  )
     v.                           )
                                  )
CALIFORNIA FAIRS FINANCING        )
AUTHORITY, a California joint     )
powers authority,                 )
                                  )
          Cross-Defendant.        )
_____    )
```

On November 21, 2011, Plaintiff PNC Equipment Finance, LLC, filed a motion for leave to file the First Amended Complaint attached to its motion.[1] Plaintiff seeks this leave under Federal Rule of Civil Procedure 15(a). The motion is unopposed.

Plaintiff's motion is granted. Plaintiff has five (5) days leave from the date on which this order is filed within which to file the First Amended Complaint attached to its motion.

Dated:  December 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

2