IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, | ) ) ) ) ) ) | 2:11-cv-02019-GEB-CKD  <br><br>ORDER |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21st DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 27th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| EL DORADO COUNTY FAIR ASSOCIATION, INC., a California | ) ) | |

1

```
corporation,                        )
                                    )
         Cross-Complainant,         )
                                    )
    v.                              )
                                    )
CALIFORNIA FAIRS FINANCING          )
AUTHORITY, a California joint       )
powers authority,                   )
                                    )
         Cross-Defendant.           )
_____    )
```

Defendant El Dorado County Fair Association, Inc. ("El Dorado") moves under Federal Rules of Civil Procedure 16(b) and 15(a)(2) for leave to amend its answer, so that it could add a counterclaim against Plaintiff PNC Equipment Finance, LLC ("PNC"); and for leave to amend its cross-claim against Defendant California Fairs Financing Authority ("CFFA"). No opposition or statement of non-opposition has been filed concerning the motion as required by Local Rule 230(c). This failure to respond to the motion is treated as acquiescence in the granting of the motions for the reasons stated therein.

Therefore, El Dorado's motion is granted, and El Dorado has five (5) days leave from the date on which this order is filed to file its amended pleading.

Dated:  January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2