```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


PNC EQUIPMENT FINANCE, LLC, a        )
Delaware limited liability           )    2:11-cv-02019-GEB-CKD
company, as successor to             )
NATIONAL CITY COMMERCIAL CAPITAL     )
CORPORATION,                         )    ORDER
                                     )
              Plaintiff,             )
                                     )
          v.                         )
                                     )
CALIFORNIA FAIRS FINANCING           )
AUTHORITY, a California joint        )
powers authority; 15TH DISTRICT      )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 18th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 21st DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 26th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 27th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 30th DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; EL DORADO COUNTY      )
FAIR ASSOCIATION, INC., a            )
California corporation; and          )
MADERA COUNTY LIVESTOCK              )
ASSOCIATION, a California            )
corporation,                         )
                                     )
              Defendant.             )
_____)
                                     )
EL DORADO COUNTY FAIR                )
ASSOCIATION, INC., a California      )
```

```
corporation,                      )
                                  )
         Cross-Complainant,       )
                                  )
     v.                           )
                                  )
CALIFORNIA FAIRS FINANCING        )
AUTHORITY, a California joint     )
powers authority,                 )
                                  )
         Cross-Defendant.         )
_____ )
```

Defendant El Dorado County Fair Association, Inc. ("El Dorado") moves under Federal Rules of Civil Procedure 16(b) and 15(a)(2) for leave to amend its answer, so that it could add a counterclaim against Plaintiff PNC Equipment Finance, LLC ("PNC"); and for leave to amend its cross-claim against Defendant California Fairs Financing Authority ("CFFA"). No opposition or statement of non-opposition has been filed concerning the motion as required by Local Rule 230(c). This failure to respond to the motion is treated as acquiescence in the granting of the motions for the reasons stated therein.

Therefore, El Dorado's motion is granted, and El Dorado has five (5) days leave from the date on which this order is filed to file its amended pleading.

Dated: January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2