IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21st DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 27th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30th DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,<br><br>        Defendant.<br>_____<br>EL DORADO COUNTY FAIR ASSOCIATION, INC., a California | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:11-cv-02019-GEB-CKD<br><br>ORDER |

```
corporation,                        )
                                    )
          Cross-Complainant,        )
                                    )
     v.                             )
                                    )
CALIFORNIA FAIRS FINANCING          )
AUTHORITY, a California joint       )
powers authority,                   )
                                    )
          Cross-Defendant.          )
_____)
```

On October 11 and 13, 2011, Plaintiff PNC Equipment Finance, LLC ("PNC") filed two motions in which it seeks an order striking affirmative defenses in El Dorado County Fair Association, Inc.'s ("El Dorado's") and Madera County Livestock Association's ("Madera's") respective answers. However, each answer was filed in response to PNC's initial complaint, which is no longer PNC's operative pleading since PNC filed a First Amended Complaint on December 15, 2011. In January 2012, Madera and El Dorado each filed an amended answer in response to PNC's First Amended Complaint. Since PNC's motions concern answers which are no longer the operative answers, the motions are denied and the hearing set for February 21, 2012 is vacated.

Dated:  January 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge

2