**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant**
**El Dorado County Fair Association, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**-o0o-**

| | |
|---|---|
| PNC Equipment Finance, LLC, | Case No.  2:11-cv-02019-GEB-CKD |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF HEARING RE MOTION FOR DISCOVERY SANCTIONS AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | |
| California Fairs Financing Authority, et al., | |
| Defendants. | **Hearing Date: June 6, 2012**<br>**Hearing Time: 10:00 a.m.**<br>**Location:      Courtroom 26**<br>**Judge:          Mag. Carolyn K. Delaney** |
| El Dorado County Fair Association, Inc., | |
| Counterclaimant, | **Trial Date:     March 26, 2013** |
| v. | |
| PNC Equipment Finance, LLC, | |
| Counter-Defendant. | |
| El Dorado County Fair Association, Inc., | |
| Cross-Claimant, | |
| v. | |
| California Fairs Financing Authority, | |
| Cross-Defendant. | |

PAGE 1

Stipulation and Proposed Order                                    Case No.  2:11-CV-02019-GEB-CKD

Plaintiff PNC EQUIPMENT FINANCE, LLC ("Plaintiff"), and Defendant/Counterclaimant/Cross-Claimant EL DORADO COUNTY FAIR ASSOCIATION, INC. ("EDCFA") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate to the following:

1. **WHEREAS**, on May 11, 2012, EDCFA filed a Motion for Discovery Sanctions and Motion to Compel Production of Documents ("the Motion").

2. **WHEREAS**, on May 14, 2012, the Court issued a Minute Order directing the parties to meet and confer regarding the issues raised in the Motion and directing the parties to file a Joint Statement by May 24, 2012. (Dckt. No. 103).

3. **WHEREAS**, the Parties engaged in several meet and confer discussions regarding the Motion. On May 24, 2012, the Parties filed their Joint Statement re Discovery Disagreement. (Dckt. No. 106).

4. **WHEREAS**, the Parties now desire to engage in additional meet and confer discussions relating to the Motion and request that the hearing date be continued from June 6, 2012 at 10:00 a.m. to June 20, 2012 at 10:00 a.m.

5. **WHEREAS,** EDCFA intends to bring a motion for leave to amend its counterclaim against PNC based on documents produced by PNC during discovery in this case and does not want to be prejudiced by a continuance of the motion hearing.

6. **WHEREAS,** PNC agrees that it will not oppose any motion for leave to amend the counterclaim brought by EDCFA on the ground that the motion was not timely filed, or was not brought with due diligence, assuming that the proposed amendment is based on newly discovered facts from documents produced by PNC during discovery in this litigation. PNC reserves its right to oppose the motion on the ground that the amendment is based on facts that were known or should have been known to EDCFA before PNC's production of documents during discovery in this case. PNC also reserves the right to oppose the motion and the proposed amended counterclaim on any ground other than timeliness.

//

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The hearing date for EDCFA's Motion for Discovery Sanctions and Motion to Compel Production of Documents will be continued from June 6, 2012 at 10:00 a.m. to June 20, 2012 at 10:00 a.m. in Courtroom 26 before Magistrate Judge Carolyn K. Delaney.

2. So as to avoid any prejudice to EDCFA resulting from the continued hearing, PNC agrees that it will not oppose any motion for leave to amend the counterclaim brought by EDCFA on the ground that the motion was not timely filed, or was not brought with due diligence, assuming that the proposed amendment is based on newly discovered facts from documents produced by PNC during discovery in this litigation.  PNC may oppose the motion on the ground that the amendment is based on facts that were known or should have been known to EDCFA before PNC's production of documents during discovery in this case.  PNC may also oppose the motion and the proposed amended counterclaim on any ground other than timeliness.

**IT IS SO STIPULATED.**

Dated:  June 1, 2012                **LEVY, SMALL & LALLAS**

By:      /s/ Leo D. Plotkin
(authorization to e-sign given 6/1/12)

Leo D. Plotkin
Attorney for Plaintiff PNC EQUIPMENT FINANCE, LLC

Dated:  June 1, 2012                **CAULFIELD LAW FIRM**

By:      /s/ Andrew T. Caulfield

Andrew T. Caulfield
Attorneys for Defendant EL DORADO COUNTY FAIR ASSOCIATION, INC.

**IT IS SO ORDERED.**

Dated:  06/04/12                  __/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
Magistrate Judge