**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant**
**El Dorado County Fair Association, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**-o0o-**

| | |
|---|---|
| PNC Equipment Finance, LLC, | Case No.  2:11-cv-02019-GEB-CKD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE REQUESTED DISCOVERY SANCTIONS** |
| v. | |
| California Fairs Financing Authority, et al., | Hearing Date: June 20, 2012<br>Hearing Time: 10:00 a.m.<br>Location:       Courtroom 26<br>Judge:           Mag. Carolyn K. Delaney |
| Defendants. | Trial Date:     March 26, 2013 |
| El Dorado County Fair Association, Inc., | |
| Counterclaimant, | |
| v. | |
| PNC Equipment Finance, LLC, | |
| Counter-Defendant. | |
| El Dorado County Fair Association, Inc., | |
| Cross-Claimant, | |
| v. | |
| California Fairs Financing Authority, | |
| Cross-Defendant. | |

Plaintiff PNC EQUIPMENT FINANCE, LLC ("Plaintiff"), and Defendant/Counterclaimant/Cross-Claimant EL DORADO COUNTY FAIR ASSOCIATION, INC. ("EDCFA") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate to the following:

1. **WHEREAS**, on May 11, 2012, EDCFA filed a Motion for Discovery Sanctions and Motion to Compel Production of Documents ("the Motion").

2. **WHEREAS**, the Parties engaged in several meet and confer discussions regarding the Motion.  On May 24, 2012, the Parties filed their Joint Statement re Discovery Disagreement.  (Dckt. No. 106).

3. **WHEREAS**, on June 3, 2012, the Parties filed a Stipulation and Proposed Order requesting a continuance of the original hearing date for the Motion. (Dckt. No. 108).

4. **WHEREAS**, on June 4, 2012, the Court issued an Order continuing the Motion hearing date to June 20, 2012 at 10:00 a.m. in Courtroom 26.  (Dckt. No. 109).

5. **WHEREAS**, the Parties have now resolved all issues related to sanctions requested by both Parties in the Motion (EDCFA) and Joint Statement re Discovery Dispute (EDCFA and PNC).  The Parties hereby withdraw all of their respective requests for sanctions relating to the Motion.

6. **WHEREAS,** all remaining issues identified in the Motion remain in dispute.  The Parties, however, will continue to meet and confer relating to the remaining issues identified in the Motion and will notify the Court of any resolutions reached.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. All requests for sanctions made by both Parties relating to EDCFA's Motion for Discovery Sanctions and Motion to Compel Production of Documents, as set forth in the Motion and/or the Joint Statement re Discovery Disagreement, are hereby withdrawn. The Court will not issue a sanctions award in favor of or against either Party relating to the Motion.

//

//

**2.** All other issues identified in the Motion, other than sanctions, remain in dispute as between the Parties.

**IT IS SO STIPULATED.**

Dated: June 8, 2012            **LEVY, SMALL & LALLAS**

By:___/s/ Leo D. Plotkin_____
    (authorization to e-sign given 6/8/12)

Leo D. Plotkin
Attorney for Plaintiff PNC EQUIPMENT FINANCE, LLC

Dated: June 8, 2012            **CAULFIELD LAW FIRM**

By:___/s/ Andrew T. Caulfield____

Andrew T. Caulfield
Attorneys for Defendant EL DORADO COUNTY FAIR ASSOCIATION, INC.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE