1  **ANDREW T. CAULFIELD, SBN 238300**
   **RICHARD H. CAULFIELD, SBN 50258**
2  **CAULFIELD LAW FIRM**
   **1101 Investment Blvd., Suite 120**
3  **El Dorado Hills, CA 95762**
   **Telephone: (916) 933-3200**
4  **Facsimile:  (916) 605-4075**
   **andrew@caulfieldlawfirm.com**
5

6  **Attorneys for Defendant**
   **El Dorado County Fair Association, Inc.**
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              **-o0o-**

11 PNC Equipment Finance, LLC,                  Case No.  2:11-cv-02019-GEB-CKD

12                Plaintiff,                     **STIPULATION AND PROPOSED**
                                                 **ORDER RE REQUESTED DISCOVERY**
13 v.                                            **SANCTIONS**

14 California Fairs Financing Authority, et al., **Hearing Date:  June 20, 2012**
                                                 **Hearing Time: 10:00 a.m.**
15                                               **Location:        Courtroom 26**
                Defendants.                      **Judge:           Mag. Carolyn K. Delaney**
16 _____
                                                 **Trial Date:      March 26, 2013**
17 El Dorado County Fair Association, Inc.,

18                Counterclaimant,

19 v.

20 PNC Equipment Finance, LLC,

21                Counter-Defendant.

22 _____

23 El Dorado County Fair Association, Inc.,

24                Cross-Claimant,

25 v.

26 California Fairs Financing Authority,

27                Cross-Defendant.

28 _____

---

                              PAGE 1

Stipulation and Proposed Order                Case No.  2:11-CV-02019-GEB-CKD

1    Plaintiff PNC EQUIPMENT FINANCE, LLC ("Plaintiff"), and

2  Defendant/Counterclaimant/Cross-Claimant EL DORADO COUNTY FAIR ASSOCIATION, INC.

3  ("EDCFA") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate

4  to the following:

5      **1.**    **WHEREAS**, on May 11, 2012, EDCFA filed a Motion for Discovery Sanctions and

6           Motion to Compel Production of Documents ("the Motion").

7      **2.**    **WHEREAS**, the Parties engaged in several meet and confer discussions regarding

8           the Motion.  On May 24, 2012, the Parties filed their Joint Statement re Discovery

9           Disagreement.  (Dckt. No. 106).

10     **3.**    **WHEREAS**, on June 3, 2012, the Parties filed a Stipulation and Proposed Order

11          requesting a continuance of the original hearing date for the Motion. (Dckt. No. 108).

12     **4.**    **WHEREAS**, on June 4, 2012, the Court issued an Order continuing the Motion

13          hearing date to June 20, 2012 at 10:00 a.m. in Courtroom 26.  (Dckt. No. 109).

14     **5.**    **WHEREAS**, the Parties have now resolved all issues related to sanctions requested

15          by both Parties in the Motion (EDCFA) and Joint Statement re Discovery Dispute

16          (EDCFA and PNC).  The Parties hereby withdraw all of their respective requests for

17          sanctions relating to the Motion.

18     **6.**    **WHEREAS,** all remaining issues identified in the Motion remain in dispute.  The

19          Parties, however, will continue to meet and confer relating to the remaining issues

20          identified in the Motion and will notify the Court of any resolutions reached.

21     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

22     **1.**  All requests for sanctions made by both Parties relating to EDCFA's Motion for

23          Discovery Sanctions and Motion to Compel Production of Documents, as set forth in the

24          Motion and/or the Joint Statement re Discovery Disagreement, are hereby withdrawn.

25          The Court will not issue a sanctions award in favor of or against either Party relating to

26          the Motion.

27  //

28  //

---

Stipulation and Proposed Order                                   Case No.  2:11-CV-02019-GEB-CKD

**2.** All other issues identified in the Motion, other than sanctions, remain in dispute as between the Parties.

       **IT IS SO STIPULATED.**

Dated:  June 8, 2012                  **LEVY, SMALL & LALLAS**

By:___/s/ Leo D. Plotkin_____
           (authorization to e-sign given 6/8/12)

           Leo D. Plotkin
           Attorney for Plaintiff PNC EQUIPMENT FINANCE, LLC

Dated:  June 8, 2012                  **CAULFIELD LAW FIRM**

By:___/s/ Andrew T. Caulfield_____

           Andrew T. Caulfield
           Attorneys for Defendant EL DORADO COUNTY FAIR ASSOCIATION, INC.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order           Case No.  2:11-CV-02019-GEB-CKD