1

2   LEO D. PLOTKIN (SBN 101893)
    LEVY, SMALL & LALLAS
3   A Partnership Including Professional Corporations
    815 Moraga Drive
4   Los Angeles, California  90049
    Telephone:  (310) 471-3000
5   Facsimile:  (310) 471-7990
    Email:        lplotkin@lsl-la.com
6
    Marsha A. Houston (SBN 129956)
7   Email:  mhouston@reedsmith.com
    Peter J. Kennedy (SBN 166606)
8   Email:  pkennedy@reedsmith.com
    Cristyn N. Chadwick (SBN 280705)
9   Email:  cchadwick@reedsmith.com
    REED SMITH LLP
10  355 S. Grand Ave., Suite 2900
    Los Angeles, CA 90071-1514
11  Telephone:  +1 213-457-8000
    Facsimile:   +1 213-457-8080
12
13  Attorneys for Plaintiff and Counterdefendant
    PNC Equipment Finance, LLC
14

15            UNITED STATES DISTRICT COURT

16          EASTERN DISTRICT OF CALIFORNIA

17  PNC EQUIPMENT FINANCE, LLC, a    )  Case No. 2:11-CV-02019-GEB-CKD
    Delaware limited liability company, as  )
18  successor to NATIONAL CITY        )
    COMMERCIAL CAPITAL               )  **STIPULATION AND [PROPOSED ]**
19  CORPORATION,                      )  **ORDER TO WITHDRAW**
                                      )  **MOTION TO DISMISS AND**
20                    Plaintiff,       )  **STRIKE BY 18TH DISTRICT**
                                      )  **AGRICULTURAL ASSOCIATION**
21          vs.                       )  **AND SET ANSWER DATES**
                                      )
22  CALIFORNIA FAIRS FINANCING        )
    AUTHORITY, a California joint powers )
23  authority; 15TH DISTRICT          )
    AGRICULTURAL ASSOCIATION, a       )
24  state institution of the State of   )  Date:   July 16, 2012
    California; 18TH DISTRICT          )  Time:   9:00 a.m.
25  AGRICULTURAL ASSOCIATION, a       )  Place:  Courtroom 10, 13th Floor
    state institution of the State of   )
26  California; 21ST DISTRICT          )  Hon. Garland E. Burrell, Jr.
    AGRICULTURAL ASSOCIATION, a       )
27  state institution of the State of   )
    California; 26TH DISTRICT          )
28

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND STRIKE
BY 18TH DISTRICT AGRICULTURAL ASSOCIATION AND SET ANSWER DATES

AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; 27TH DISTRICT )
AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; 30TH DISTRICT )
AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; EL DORADO COUNTY )
FAIR ASSOCIATION, INC., a )
California corporation; and MADERA )
COUNTY LIVESTOCK )
ASSOCIATION, a California )
corporation,

Defendants.

_____

1    Plaintiff PNC Equipment Finance, LLC ("PNCEF"), on the one hand and

2  the 15th District Agricultural Association, 18th District Agricultural Association,

3  21st District Agricultural Association, 26th District Agricultural Association, 27th

4  District Agricultural Association, 30th District Agricultural Association, on the

5  other hand, by and through their undersigned counsel, hereby stipulate to the

6  following.

7    1.    The Motion to Dismiss and Strike currently pending by the 18th

8  District Agricultural Association (Docket No. 99) set for hearing July 16, 2012, is

9  hereby voluntarily withdrawn.

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-1-

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND STRIKE
BY 18TH DISTRICT AGRICULTURAL ASSOCIATION AND SET ANSWER DATES

1     2.     On or before July 13, 2012, the 15th District Agricultural

2  Association, 18th District Agricultural Association, 21st District Agricultural

3  Association, 26th District Agricultural Association, 27th District Agricultural

4  Association , 30th District Agricultural Association, and California Fairs Financing

5  Authority will file their respective answers.

6      **IT IS SO STIPULATED.**

7

8  DATED: July 3, 2012                    REED SMITH, LLP

9                                         By:/s/ Peter J. Kennedy
                                              Peter J. Kennedy
10                                         Attorneys for Plaintiff and
                                           Counterdefendant PNC Equipment
11                                         Finance, LLC

12

13  DATED:  July 3, 2012                   REILAND/LAW

14                                         By:/s/ Harold P. Reiland, Jr.
                                              Harold P. Reiland, Jr.
15                                         Attorneys for Defendants California
                                           Fairs Financing Authority, A California
16                                         Joint Powers Authority; 15th District
                                           Agricultural Association, a State
17                                         institution of the State of California; 18th
                                           District Agricultural Association, a State
18                                         institution of the State of California; 21st
                                           District Agricultural Association, a State
19                                         institution of the State of California; 26th
                                           District Agricultural Association, a State
20                                         institution of the State of California; 27th
                                           District Agricultural Association, a State
21                                         institution of the State of California; 30th
                                           District Agricultural Association, a State
22                                         institution of the State of California

23

24  **IT IS SO ORDERED.**

25

26  DATED: 7/9/12
                                           _____
27                                         Garland E. Burrell, Jr.
                                           Senior United States District Judge
28

-2-

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND STRIKE
BY 18TH DISTRICT AGRICULTURAL ASSOCIATION AND SET ANSWER DATES