LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com

Marsha A. Houston (SBN 129956)
Email: mhouston@reedsmith.com
Peter J. Kennedy (SBN 166606)
Email: pkennedy@reedsmith.com
Cristyn N. Chadwick (SBN 280705)
Email: cchadwick@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213-457-8000
Facsimile: +1 213-457-8080

Attorneys for Plaintiff and Counterdefendant
PNC Equipment Finance, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT | Case No. 2:11-CV-02019-GEB-CKD <br><br> **STIPULATION AND [PROPOSED ] ORDER TO WITHDRAW MOTION TO DISMISS AND STRIKE BY 18TH DISTRICT AGRICULTURAL ASSOCIATION AND SET ANSWER DATES** <br><br> Date: July 16, 2012 <br> Time: 9:00 a.m. <br> Place: Courtroom 10, 13th Floor <br><br> Hon. Garland E. Burrell, Jr. |

AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; 27TH DISTRICT )
AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; 30TH DISTRICT )
AGRICULTURAL ASSOCIATION, a )
state institution of the State of )
California; EL DORADO COUNTY )
FAIR ASSOCIATION, INC., a )
California corporation; and MADERA )
COUNTY LIVESTOCK )
ASSOCIATION, a California )
corporation,

Defendants.

_____

1    Plaintiff PNC Equipment Finance, LLC ("PNCEF"), on the one hand and

2  the 15th District Agricultural Association, 18th District Agricultural Association,

3  21st District Agricultural Association, 26th District Agricultural Association, 27th

4  District Agricultural Association, 30th District Agricultural Association, on the

5  other hand, by and through their undersigned counsel, hereby stipulate to the

6  following.

7    1.    The Motion to Dismiss and Strike currently pending by the 18th

8  District Agricultural Association (Docket No. 99) set for hearing July 16, 2012, is

9  hereby voluntarily withdrawn.

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-1-

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND STRIKE
BY 18TH DISTRICT AGRICULTURAL ASSOCIATION AND SET ANSWER DATES

1       2.    On or before July 13, 2012,  the 15th District Agricultural

2   Association, 18th District Agricultural Association, 21st District Agricultural

3   Association, 26th District Agricultural Association, 27th District Agricultural

4   Association , 30th District Agricultural Association, and California Fairs Financing

5   Authority will file their respective answers.

6       **IT IS SO STIPULATED.**

7

8   DATED: July 3, 2012            REED SMITH, LLP

9                                    By:/s/ Peter J. Kennedy
10                                       Peter J. Kennedy
                                    Attorneys for Plaintiff and
11                                  Counterdefendant PNC Equipment
                                    Finance, LLC

12

13  DATED:  July 3, 2012           REILAND/LAW

14                                   By:/s/ Harold P. Reiland, Jr.
                                     Harold P. Reiland, Jr.
15                                   Attorneys for Defendants California
                                     Fairs Financing Authority, A California
16                                   Joint Powers Authority; 15th District
                                     Agricultural Association, a State
17                                   institution of the State of California; 18th
                                     District Agricultural Association, a State
18                                   institution of the State of California; 21st
                                     District Agricultural Association, a State
19                                   institution of the State of California; 26th
                                     District Agricultural Association, a State
20                                   institution of the State of California; 27th
                                     District Agricultural Association, a State
21                                   institution of the State of California; 30th
                                     District Agricultural Association, a State
22                                   institution of the State of California

23

24  **IT IS SO ORDERED.**

25

26  DATED: 7/9/12

27                                   Garland E. Burrell, Jr.
                                       Senior United States District Judge

28

-2-