LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com

Marsha A. Houston (SBN 129956)
Email: mhouston@reedsmith.com
Peter J. Kennedy (SBN 166606)
Email: pkennedy@reedsmith.com
Cristyn N. Chadwick (SBN 280705)
Email: cchadwick@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213-457-8000
Facsimile: +1 213-457-8080

Attorneys for Plaintiff and Counterdefendant
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a | Case No. 2:11-CV-02019-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CERTAIN PRE-TRIAL DATES**<br><br>Hon. Garland E. Burrell, Jr. |

| | |
|---|---|
| state institution of the State of California; 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS: The Court issued a Pre-Trial Scheduling Order on November 9, 2011, a copy of which is attached as Exhibit "A."

WHEREAS: The parties through their undersigned counsel respectfully request that certain dates be changed as follows:

- Discovery Cut-off: from August 15, 2012 to October 15, 2012;
- Last day for motion hearing: from October 1, 2012, to December 3, 2012;
- Final Pretrial Conference, from December 1, 2012, to February 4, 2013, at 3:30 p.m.  A joint pretrial statement shall be filed seven days prior to the hearing.

WHEREAS: the Parties request these changes to the Pre-Trial Scheduling Order to permit them time to:

- address any outstanding issues arising from the pleadings, including without limitation (a) the results of California Fairs Financing Authority's pending motion to dismiss the Cross-Claim of El Dorado County Fair Association, Inc., (b) any further motions to dismiss by Plaintiff as to El Dorado County Fair Association, Inc.'s, amended pleading, and the forthcoming motion for leave to amend to be filed by El Dorado requesting leave to assert new counterclaims and affirmative defenses against Plaintiff, (c) any motions to dismiss by Plaintiff as to the California Fairs Financing Authority's recently filed cross-claim; (d) any motions to dismiss by El Dorado County Fair Association as to California Fairs Financing Authority's recent cross-claim filed against El Dorado, and (e) anticipated responses, cross-claims, or pleading motions by CFFA or any of the District Agricultural Associations represented by Reiland Law.
- complete discovery, including several depositions outside the Eastern District, and

-1-
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CERTAIN PRE-TRIAL DATES

1  - attempt informal resolution; (the parties have agreed to participate in a
2  settlement conference with a Magistrate Judge assigned by the Court, and will
3  contact the Court for available dates).

5  WHEREAS: No further changes are requested to the Pre-Trial Scheduling
6  Order and this is the first such request for a change.

8  **IT IS SO STIPULATED.**

10 DATED: July 19, 2012                     REED SMITH, LLP

11                                          By: /s/ Peter J. Kennedy
                                                 Peter J. Kennedy
12                                          Attorneys for Plaintiff and
                                            Counterdefendant PNC Equipment
13                                          Finance, LLC

15 DATED:  July 19, 2012                    REILAND/LAW

16                                          By: /s/ Harold P. Reiland, Jr.
                                                 Harold P. Reiland, Jr.
17                                          Attorneys for Defendants California
                                            Fairs Financing Authority, A California
18                                          Joint Powers Authority; 15th District
                                            Agricultural Association, a State
19                                          institution of the State of California; 18th
                                            District Agricultural Association, a State
20                                          institution of the State of California; 21st
                                            District Agricultural Association, a State
21                                          institution of the State of California; 26th
                                            District Agricultural Association, a State
22                                          institution of the State of California; 27th
                                            District Agricultural Association, a State
23                                          institution of the State of California; 30th
                                            District Agricultural Association, a State
24                                          institution of the State of California

1  DATED: July 19, 2012                CAULFIELD LAW FIRM

2                                      By:/s/ Andrew T. Caulfield
                                            Andrew T. Caulfield
3                                      Attorneys for Defendant/Counter-
                                       claimant/Cross-Claimant El Dorado
4                                      County Fair Association, Inc.

5  DATED: July 19, 2012                AUCHARD & STEWART

6                                      By:/s/ Paul Auchard
                                            Paul Auchard
7                                      Attorneys for Defendant Madera County
                                       Livestock Association
8

9
   **IT IS SO ORDERED.**
10
   **Date: 7/19/2012**
11

12                                     _____
                                       GARLAND E. BURRELL, JR.
13                                     Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CERTAIN PRE-TRIAL DATES