LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990
Email:         lplotkin@lsl-la.com

Marsha A. Houston (SBN 129956)
Email: mhouston@reedsmith.com
Peter J. Kennedy (SBN 166606)
Email: pkennedy@reedsmith.com
Cristyn N. Chadwick (SBN 280705)
Email: cchadwick@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071-1514
Telephone:   +1 213-457-8000
Facsimile:    +1 213-457-8080

Attorneys for Plaintiff and Counterdefendant
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a | Case No. 2:11-CV-02019-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CERTAIN PRE-TRIAL DATES**<br><br>Hon. Garland E. Burrell, Jr. |

| | |
|---|---|
| state institution of the State of California; 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1  WHEREAS: The Court issued a Pre-Trial Scheduling Order on November 9,
2  2011, a copy of which is attached as Exhibit "A."

4  WHEREAS: The parties through their undersigned counsel respectfully
5  request that certain dates be changed as follows:
6     - Discovery Cut-off: from August 15, 2012 to October 15, 2012;
7     - Last day for motion hearing: from October 1, 2012, to December 3, 2012;
8     - Final Pretrial Conference, from December 1, 2012, to February 4, 2013, at
9  3:30 p.m.  A joint pretrial statement shall be filed seven days prior to the hearing.

11  WHEREAS: the Parties request these changes to the Pre-Trial Scheduling
12  Order to permit them time to:
13     - address any outstanding issues arising from the pleadings, including
14  without limitation (a) the results of California Fairs Financing Authority's pending
15  motion to dismiss the Cross-Claim of El Dorado County Fair Association, Inc., (b)
16  any further motions to dismiss by Plaintiff as to El Dorado County Fair
17  Association, Inc.'s, amended pleading, and the forthcoming motion for leave to
18  amend to be filed by El Dorado requesting leave to assert new counterclaims and
19  affirmative defenses against Plaintiff, (c) any motions to dismiss by Plaintiff as to
20  the California Fairs Financing Authority's recently filed cross-claim; (d) any
21  motions to dismiss by El Dorado County Fair Association as to California Fairs
22  Financing Authority's recent cross-claim filed against El Dorado, and (e)
23  anticipated responses, cross-claims, or pleading motions by CFFA or any of the
24  District Agricultural Associations represented by Reiland Law.
25     - complete discovery, including several depositions outside the Eastern
26  District, and

- attempt informal resolution; (the parties have agreed to participate in a settlement conference with a Magistrate Judge assigned by the Court, and will contact the Court for available dates).

WHEREAS: No further changes are requested to the Pre-Trial Scheduling Order and this is the first such request for a change.

**IT IS SO STIPULATED.**

DATED: July 19, 2012                            REED SMITH, LLP

                                                By:/s/ Peter J. Kennedy
                                                        Peter J. Kennedy
                                                Attorneys for Plaintiff and
                                                Counterdefendant PNC Equipment
                                                Finance, LLC


DATED:  July 19, 2012                           REILAND/LAW

                                                By:/s/ Harold P. Reiland, Jr.
                                                        Harold P. Reiland, Jr.
                                                Attorneys for Defendants California
                                                Fairs Financing Authority, A California
                                                Joint Powers Authority; 15th District
                                                Agricultural Association, a State
                                                institution of the State of California; 18th
                                                District Agricultural Association, a State
                                                institution of the State of California; 21st
                                                District Agricultural Association, a State
                                                institution of the State of California; 26th
                                                District Agricultural Association, a State
                                                institution of the State of California; 27th
                                                District Agricultural Association, a State
                                                institution of the State of California; 30th
                                                District Agricultural Association, a State
                                                institution of the State of California

| | | |
|---|---|---|
| DATED: July 19, 2012 | | CAULFIELD LAW FIRM |

By:/s/ Andrew T. Caulfield
       Andrew T. Caulfield
Attorneys for Defendant/Counter-claimant/Cross-Claimant El Dorado County Fair Association, Inc.

DATED: July 19, 2012                    AUCHARD & STEWART

By:/s/ Paul Auchard
       Paul Auchard
Attorneys for Defendant Madera County Livestock Association

**IT IS SO ORDERED.**

**Date: 7/19/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge