**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant/Counterclaimant/Cross-Claimant,**
**El Dorado County Fair Association, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PNC Equipment Finance, LLC, | Case No.  2:11-cv-02019-GEB-CKD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE LEAVE FOR EL DORADO COUNTY FAIR ASSOCIATION, INC. TO FILE FURTHER AMENDED PLEADING WITH NEW AFFIRMATIVE DEFENSES AND NEW COUNTERCLAIMS AGAINST PLAINTIFF** |
| v. | |
| California Fairs Financing Authority, et al., | |
| Defendants. | |
| El Dorado County Fair Association, Inc., | **Trial Date:     March 26, 2013** |
| Counterclaimant, | |
| v. | |
| PNC Equipment Finance, LLC, | |
| Counter-Defendant. | |
| El Dorado County Fair Association, Inc., | |
| Cross-Claimant, | |
| v. | |
| California Fairs Financing Authority, | |
| Cross-Defendant. | |

Plaintiff PNC EQUIPMENT FINANCE, LLC ("Plaintiff"), and Defendant/Counterclaimant/Cross-Claimant EL DORADO COUNTY FAIR ASSOCIATION, INC. ("EDCFA") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate to the following:

1. **WHEREAS**, on July 23, 2012, EDCFA filed an amended pleading as permitted by the Court's July 12, 2012 Order ("the Order"). (Dckt. No. 120; Dckt. No. 125).

2. **WHEREAS**, the Order did not expressly prohibit EDCFA from pleading new affirmative defenses or new counterclaims against Plaintiff in an amended pleading. However, EDCFA and Plaintiff met and conferred and agreed that the Order may have at least implicitly prohibited such new affirmative defenses and counterclaims. Accordingly, EDCFA did not assert any new affirmative defenses or counterclaims in the amended pleading filed on July 23, 2012.

3. **WHEREAS**, the Parties have met and conferred relating to EDCFA's desire to file a further amended pleading asserting new affirmative defenses and new counterclaims against Plaintiff based on documents produced by PNC during the course of discovery in this case.

4. **WHEREAS**, in light of the Court's Order of July 20, 2012, extending the discovery cut-off date in this case, along with other pretrial dates (Dckt. No. 124), Plaintiff has stipulated to allow EDCFA to file the further amended pleading attached hereto as Exhibit 1. In Exhibit 1, EDCFA modifies existing affirmative defenses and adds new counterclaims against Plaintiff, but makes no changes to the Second Amended Cross-Claim against California Fairs Financing Authority, which was filed on July 23, 2012.

5. **WHEREAS**, Plaintiff reserves its right to file a motion to strike and/or motion to dismiss any affirmative defenses and counterclaims set forth in

Exhibit 1, except on the basis that leave to file the amended pleading was not granted, as is sought herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. EDCFA is granted leave of Court to file the further amended pleading attached hereto as Exhibit 1 within five (5) days of the date of the filing of this executed Order.
2. Plaintiff's deadline to file a responsive pleading shall be 19 days after the date of the filing of this executed Order.
3. To the extent Plaintiff's responsive pleading is a motion pursuant to F.R.C.P. Rule 12, and to the extent Plaintiff's motion is denied, Plaintiff's deadline for filing an Answer is 14 days after the ruling on Plaintiff's motion.
4. Plaintiff and EDCFA's Initial Expert Witness Disclosure deadline for the claims asserted by EDCFA in its Second Amended Counterclaim against PNC shall be August 31, 2012, and the Rebuttal Expert Witness Disclosure deadline shall be September 14, 2012.

**IT IS SO STIPULATED.**

Dated: July 31, 2012                                    **REED SMITH, LLP**

By:___/s/ Peter J. Kennedy_____
      (authorization to e-sign given 7/31/12)

Peter J. Kennedy
Attorneys for Plaintiff and Counterdefendant
PNC EQUIPMENT FINANCE, LLC

Dated:  July 31, 2012                     **CAULFIELD LAW FIRM**

                                          By:___/s/ Andrew T. Caulfield____

                                          Andrew T. Caulfield
                                          Attorneys for Defendant and Counterclaimant
                                          EL DORADO COUNTY FAIR
                                          ASSOCIATION, INC.

**IT IS SO ORDERED.**

**Date:  8/1/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge