**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**EDWARD KNAPP, SBN 71520**
**EL DORADO COUNTY OFFICE**
**OF COUNTY COUNSEL**
**330 Fair Lane**
**Placerville, CA 95667**
**Telephone: (530) 621-5770**
**Facsimile: (520) 621-2937**

**Attorneys for Defendant/Counterclaimant/Cross-Claimant**
**El Dorado County Fair Association, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PNC Equipment Finance, LLC, | Case No.  2:11-cv-02019-GEB-CKD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE EXTENSION OF DISCOVERY MOTION CUT-OFF DATE** |
| v. | |
| California Fairs Financing Authority, et al., | Trial Date:      March 26, 2013 |
| Defendants. | |
| _____ | |
| El Dorado County Fair Association, Inc., | |
| Counterclaimant, | |
| v. | |
| PNC Equipment Finance, LLC, | |
| Counter-Defendant. | |
| _____ | |
| El Dorado County Fair Association, Inc., | |
| Cross-Claimant, | |
| v. | |
| California Fairs Financing Authority, | |
| Cross-Defendant. | |
| _____ | |

All Parties, by and through their undersigned counsel, hereby stipulate to the following:

1. **WHEREAS**, on July 19, 2012, upon stipulation of the Parties, the Court modified certain dates in its original Pretrial Scheduling Order. The discovery cut-off was moved from August 15, 2012 to October 15, 2012. The last day for a motion hearing was moved from October 1, 2012 to December 3, 2012. The final pretrial conference was moved from December 1, 2012 to February 4, 2013. (Dckt. No. 124).

2. **WHEREAS**, the original Pretrial Scheduling Order requires that all discovery disputes be resolved by the discovery cut-off date. (Dckt. No. 57).

3. **WHEREAS,** the Parties desire to include discovery motions in the previously ordered December 3, 2012 last day for a hearing date.

4. **WHEREAS,** to the extent that any discovery motion, to be heard on or before December 3, 2012, results in an order allowing additional discovery, the Parties agree that any such Court ordered discovery will be allowed despite the expiration of the discovery cut-off date.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The last day for a discovery motion hearing is December 3, 2012.

2. To the extent that any discovery motion, to be heard on or before December 3, 2012, results in an order allowing additional discovery, any such court ordered discovery will be allowed despite the expiration of the discovery cut-off date.

**IT IS SO STIPULATED.**

DATED: August 14, 2012                REED SMITH, LLP

                                      By:/s/ Peter J. Kennedy
                                             Peter J. Kennedy
                                      Attorneys for Plaintiff and Counterdefendant PNC
                                      Equipment Finance, LLC

1 | DATED:  August 14, 2012

REILAND/LAW

By: /s/ Harold P. Reiland, Jr.
Harold P. Reiland, Jr.
Attorneys for Defendants California Fairs Financing Authority, A California Joint Powers Authority; 15th District Agricultural Association, a State institution of the State of California; 18th District Agricultural Association, a State institution of the State of California; 21st District Agricultural Association, a State institution of the State of California; 26th District Agricultural Association, a State institution of the State of California; 27th District Agricultural Association, a State institution of the State of California; 30th District Agricultural Association, a State institution of the State of California

10 | DATED:  August 14, 2012

CAULFIELD LAW FIRM

By: /s/ Andrew T. Caulfield
Andrew T. Caulfield
Attorneys for Defendant/Counter-claimant/Cross-Claimant El Dorado County Fair Association, Inc.

14 | DATED:  August 14, 2012

AUCHARD & STEWART

By: /s/ Paul Auchard
Paul Auchard
Attorneys for Defendant Madera County Livestock Association

**IT IS SO ORDERED.**

**Date:  8/30/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

PAGE 3

Stipulation and Proposed Order                                   Case No.  2:11-CV-02019-GEB-CKD