IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PNC EQUIPMENT FINANCE, LLC, a           )
Delaware limited liability              )      2:11-cv-02019-GEB-CKD
company, as successor to                )
NATIONAL CITY COMMERCIAL CAPITAL        )
CORPORATION,                            )      <u>ORDER DISMISSING CROSS-CLAIMS</u>
                                        )      <u>AND VACATING HEARING ON A</u>
              Plaintiff,                )      <u>MOTION TO STRIKE A CROSS-</u>
                                        )      <u>CLAIM</u>
         v.                             )
                                        )
CALIFORNIA FAIRS FINANCING              )
AUTHORITY, a California joint           )
powers authority; 15TH DISTRICT         )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; 18TH DISTRICT            )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; 21ST DISTRICT            )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; 26TH DISTRICT            )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; 27TH DISTRICT            )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; 30TH DISTRICT            )
AGRICULTURAL ASSOCIATION, a             )
state institution of the State          )
of California; EL DORADO COUNTY         )
FAIR ASSOCIATION, INC., a               )
California corporation; and             )
MADERA COUNTY LIVESTOCK                  )
ASSOCIATION, a California               )
corporation,                            )
                                        )
              Defendants.               )
_____          )
                                        )
AND RELATED CROSS-CLAIMS AND            )
COUNTER-CLAIMS.                          )
_____          )

Pursuant to the stipulation the parties filed on September 17, 2012 (ECF No. 146), all cross-claims of California Fairs Financing Authority ("CFFA") against El Dorado County Fair Association, Inc. ("EDCFA"), including those set forth in the Cross-Claim (ECF No. 122), are dismissed without prejudice; all of EDCFA's cross-claims against CFFA, including those asserted in EDCFA's Second Amended Cross-Complaint (ECF No. 129), are dismissed without prejudice; and, EDCFA withdraws its Motion to Strike CFFA's Cross-Claim (ECF No. 130), therefore, the hearing on this motion scheduled for September 24, 2012 (ECF No. 135), is vacated.

Dated:  September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge