IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation,<br><br>        Defendants.<br>_____<br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS.<br>_____ | 2:11-cv-02019-GEB-CKD<br><br><u>ORDER DISMISSING CROSS-CLAIMS AND VACATING HEARING ON A MOTION TO STRIKE A CROSS-CLAIM</u> |

1

Pursuant to the stipulation the parties filed on September 17, 2012 (ECF No. 146), all cross-claims of California Fairs Financing Authority ("CFFA") against El Dorado County Fair Association, Inc. ("EDCFA"), including those set forth in the Cross-Claim (ECF No. 122), are dismissed without prejudice; all of EDCFA's cross-claims against CFFA, including those asserted in EDCFA's Second Amended Cross-Complaint (ECF No. 129), are dismissed without prejudice; and, EDCFA withdraws its Motion to Strike CFFA's Cross-Claim (ECF No. 130), therefore, the hearing on this motion scheduled for September 24, 2012 (ECF No. 135), is vacated.

Dated:  September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge