```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


PNC EQUIPMENT FINANCE, LLC, a        )
Delaware limited liability           )    2:11-cv-02019-GEB-CKD
company, as successor to             )
NATIONAL CITY COMMERCIAL CAPITAL     )
CORPORATION,                         )    ORDER
                                     )
               Plaintiff,            )
                                     )
          v.                         )
                                     )
CALIFORNIA FAIRS FINANCING           )
AUTHORITY, a California joint        )
powers authority; 15TH DISTRICT      )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 18TH DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 21ST DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 26TH DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 27TH DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; 30TH DISTRICT         )
AGRICULTURAL ASSOCIATION, a          )
state institution of the State       )
of California; EL DORADO COUNTY      )
FAIR ASSOCIATION, INC., a            )
California corporation; and          )
MADERA COUNTY LIVESTOCK              )
ASSOCIATION, a California            )
corporation,                         )
                                     )
               Defendants.           )
_____)
                                     )
AND RELATED CROSS-CLAIMS AND         )
COUNTER-CLAIMS.                      )
_____)
```

Pending is a request to modify deadlines in the Status Order. In light of the nature of the request, its potential impact on the trial and pretrial conference dates, and the stage of the pleadings, the Status Order is amended as follows:

(1) Trial shall commence on October 22, 2013 at 9:00 a.m.;

(2) the final pretrial conference shall commence on August 26, 2013, at 2:30 p.m.; a joint pretrial statement shall be filed 7 days prior to the final pretrial conference;

(3) all discovery shall be completed by April 17, 2013; and,

(4) the last law and motion hearing date is June 17, 2013, commencing at 9:00 a.m.

IT IS SO ORDERED.

Dated:   September 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge