IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PNC EQUIPMENT FINANCE, LLC,

    Plaintiff,   No. 2:11-cv-2019 GEB CKD

    vs.

CALIFORNIA FAIRS FINANCING AUTHORITY, et al.,

    Defendants.   ORDER
_____/

    Plaintiff's motion to compel came on regularly for hearing October 3, 2012. Thuy Ngoc Tran and Peter Kennedy appeared telephonically for plaintiff. Harold Reiland, Jr. appeared for defendants California Fairs Financing Authority ("CFFA") and the 15th, 18th, 21st, 26th, 27th, and 30th District Agricultural Associations. No appearance was made for the remaining defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    Defendants failed to timely respond to the discovery at issue. The motion to compel (dkt. no. 148) is granted. No later than October 24, 2012, defendants represented by counsel Reiland shall serve written responses, without objection, to the requests for production of documents and interrogatories. Responsive documents shall also be served at that time,

identified as to which categories the documents are responsive and as to which defendant is the producing party. Document production may be made via a SharePoint database, as referenced by defense counsel at the hearing.

The court shall defer ruling on the issue of an award of reasonable expenses pending defendants' compliance with the above order. Plaintiff's counsel may file a letter brief no later than October 31, 2012 indicating whether defendants have responded to the discovery at issue.[1]

Plaintiff's responses to the currently pending discovery propounded by the responding defendants shall be due November 7, 2012.

Dated: October 3, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
pnc2.2019.oah

---

[1] At the hearing, defense counsel indicated difficulties obtaining responsive documents from a certain defendant District Agricultural Association. Defendants are cautioned that failure to comply with this order may result in the imposition of sanctions, including but not limited to, monetary and evidentiary sanctions.