IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PNC EQUIPMENT FINANCE, LLC,

    Plaintiff,                    No. 2:11-cv-2019 GEB CKD

    vs.

CALIFORNIA FAIRS FINANCING AUTHORITY, et al.,

    Defendants.                    <u>ORDER TO SHOW CAUSE</u>

        The court previously deferred ruling on plaintiff's request for expenses incurred in connection with a motion to compel. Plaintiff has now filed a letter brief regarding defendants' compliance with the order on the motion to compel. It appears defendants have failed to comply with the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. No later than November 7, 2012, defendants shall comply with October 4, 2012 order. Failure to respond to the interrogatories and produce responsive documents may result in defendants' answers being stricken and the entry of default judgment.

        2. No later than November 7, 2012, defendants shall show cause, in writing, why expenses in the amount of $2,075 should not be awarded to plaintiff against defendants and their counsel.

1

3. Plaintiff's responses to CFFA's discovery shall be due two weeks after defendants' compliance with the October 4, 2012 order compelling discovery.

Dated: November 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
PNC.2019.osc

2