IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PNC EQUIPMENT FINANCE, LLC,

      Plaintiff,                      No. 2:11-cv-2019 GEB CKD

      vs.

CALIFORNIA FAIRS FINANCING
AUTHORITY, et al.,

      Defendants.                <u>ORDER</u>

         The court previously deferred ruling on plaintiff's request for expenses incurred in connection with a motion to compel. Defense counsel has filed a response to the order to show cause which issued upon plaintiff's representation that defendants had not yet complied with the court's order granting the motion to compel. Defense counsel has advised the court of the steps taken to comply with the court's discovery order and represents that verified responses have now been provided to plaintiff and that responsive documents have been produced.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that no later than November 13, 2012, plaintiff may, but is not required to, file a letter brief in reply to defendants' response to the order to show cause. The matter shall thereafter stand submitted.

Dated: November 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 /PNC.2019.osc.reply