IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PNC EQUIPMENT FINANCE, LLC,

    Plaintiff,                           No. 2:11-cv-2019 GEB CKD

    vs.

CALIFORNIA FAIRS FINANCING AUTHORITY, et al.,

    Defendants.                  <u>ORDER</u>

        The court previously deferred ruling on plaintiff's request for expenses incurred in connection with a motion to compel.  Upon review of the supplemental briefing and the response to the order to show cause and good cause appearing, IT IS HEREBY ORDERED that reasonable expenses incurred in connection with the motion to compel are awarded to plaintiff against defendants CFFA and the 15th, 18th, 21st, 26th, 27th, and 30th District Agricultural Associations in the amount of $2,075.00.

  Dated: November 14, 2012

                                                     _____
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

4 /PNC.2019.exp