IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; 15TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 18TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 21ST DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 26TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 27TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California; EL DORADO COUNTY FAIR ASSOCIATION, INC., a California corporation; and MADERA COUNTY LIVESTOCK ASSOCIATION, a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | ) ) ) |
| _____ | ) |

2:11-cv-02019-GEB-CKD

<u>ORDER DEEMING MOTION TO DISMISS SECOND AMENDED COUNTER-CLAIM WITHDRAWN</u>

1

On February 25, 2013, Plaintiff and Counter-Defendant PNC Equipment Finance, LLC ("PNC") filed an amended notice of partial settlement between PNC and Defendant El Dorado County Fairs Association, Inc. ("EDCFA"), in which the parties indicate that the dispute between them has been resolved. In light of this notice, PNC's pending motion to dismiss EDCFA's second amended counter-claim, (ECF No. 134), is deemed withdrawn.

Dated:  March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge