UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; et al.,<br><br>　　　　　　　　Defendants. | Case No.:  2:11-CV-02019-TLN-CKD<br><br>**ORDER CONTINUING DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS**<br><br>Compl. filed:　July 29, 2011<br>FAC filed:　　December 15, 2011<br><br>The Honorable Troy L. Nunley |
| And Related Cross and Counter-Actions | |

# ORDER

The Court, having reviewed and considered the Parties' Stipulation to Continue Deadline to Submit Dispositional Documents to the Court, and good cause appearing therefore, hereby orders that the deadline to submit all dispositional documents shall be continued to July 15, 2014.

**IT IS SO ORDERED**.

Dated:  June 27, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE