UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, as successor to NATIONAL CITY COMMERCIAL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FAIRS FINANCING AUTHORITY, a California joint powers authority; et al.,<br><br>Defendants. | Case No.: 2:11-CV-02019-TLN-CKD<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT REMAINING DISPOSITIONAL DOCUMENTS TO THE COURT TO JULY 22, 2014**<br><br>Compl. filed:   July 29, 2011<br>FAC filed:      December 15, 2011<br><br>The Honorable Troy L. Nunley |
| And Related Cross and Counter-Actions | |

# [PROPOSED] ORDER

The Court, having reviewed and considered the Stipulation to Continue Deadline to Submit Dispositional Documents to the Court to July 22, 2014, and good cause appearing therefore, hereby orders that the deadline to submit the Madera County Livestock Association dispositional documents shall be continued to July 22, 2014.

**IT IS SO ORDERED**.

Dated:  July 22, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE