**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**EDWARD KNAPP, SBN 71520**
**EL DORADO COUNTY OFFICE**
**OF COUNTY COUNSEL**
**330 Fair Lane**
**Placerville, CA 95667**
**Telephone: (530) 621-5770**
**Facsimile: (520) 621-2937**

**Attorneys for Defendant/Counterclaimant/Cross-Claimant**
**El Dorado County Fair Association, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PNC Equipment Finance, LLC, | Case No.  2:11-cv-02019-TLN-CKD |
| Plaintiff, | **STIPULATION RE DISMISSAL OF CERTAIN CROSS-CLAIMS WITH PREJUDICE; ORDER** |
| v. | |
| California Fairs Financing Authority, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

The El Dorado County Fair Association, Inc. ("EDCFA"), El Dorado County and California Fairs Financing Authority ("CFFA") have entered into a Settlement Agreement dated September 4, 2014 (the "Agreement").  Pursuant to the Agreement, by and through their undersigned counsel, the parties hereby stipulate to the following:

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.** EDCFA, El Dorado County and CFFA hereby dismiss with prejudice all of their cross-claims against the other, including all cross-claims against CFFA asserted in EDCFA's First and/or Second Amended Cross-Complaint against CFFA and all cross-claims asserted against

1   EDCFA by CFFA in its cross-complaint against EDCFA in this action.

**2.**   EDCFA, El Dorado County and CFFA have asserted additional claims against the other related to this litigation, and may have additional claims not asserted in this litigation, as to the EDCFA photovoltaic equipment ("Equipment").  The parties hereby dismiss with prejudice, any and all claims against each other, asserted previously or not, related to the Equipment including, without limitation, claims to title, Equipment related claims (i.e., defects, installation, performance, and warranty claims), financing, negligence, indemnification, subrogation, attorney fees and costs of suit.

**3.**   EDCFA, El Dorado County and CFFA intend that any and all claims that could be asserted by one party against the other, related in any way to the PNC Photovoltaic Program, alleged previously or not, are hereby dismissed by each of the parties as to the others with prejudice.

**IT IS SO STIPULATED.**

DATED:  September 5, 2014                    CAULFIELD LAW FIRM

By:/s/ Andrew T. Caulfield
    Andrew T. Caulfield
Attorneys for Defendant/Counter-Claimant/Cross-Claimant El Dorado County Fair Association, Inc., and El Dorado County

DATED:  September 5, 2014                    REILAND/LAW

By:/s/ Harold P. Reiland, Jr.
    Harold P. Reiland, Jr.
Attorneys for Defendants California Fairs Financing Authority, A California Joint Powers Authority; 15th District Agricultural Association, a State institution of the State of California; 18th District Agricultural Association, a State institution of the State of California; 21st District Agricultural Association, a State institution of the State of California; 26th District Agricultural Association, a State institution of the State of California; 27th District Agricultural Association, a State institution of the State of California; 30th District Agricultural Association, a State institution of the State of California

Stipulation and Proposed Order Re: Dismissal with Prejudice CFFA EDCFA                    Case No.  2:11-cv-02019-TLN-CKD

1  **IT IS SO ORDERED.**

2

3  Dated: September 8, 2014

4

5

6  _____
   Troy L. Nunley
7  United States District Judge